IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STRATEGIC DIGITAL SIGNAGE, LLC,

    Plaintiff,

  v.

Case No. 18-cv-199-wmc

ASHLEY HOME STORES, LTD.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ashley Home Stores, Ltd. and against plaintiff Strategic Digital Signage, LLC dismissing the case.

| s/ K. Frederickson, Deputy Clerk | June 14, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |