# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STRATEGIC DIGITAL SIGNAGE, LLC, an Illinois limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY HOME STORES, LTD., a Wisconsin corporation,<br><br>    Defendant. | Case No: 18-cv-199 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above named case, Strategic Digital Signage LLC, an Illinois limited liability company, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered on June 13, 2019 by the Honorable Judge William M. Conley, United States District Court for the Western District of Wisconsin dismissing Plaintiff's case in its entirety [ECF No. 85] and all interlocutory orders, including but not limited to the Order entered June 5, 2019 [ECF No. 81] granting Defendant's motion for summary judgment and the Judgment entered June 14, 2019 [ECF No. 86].

Dated: July 12, 2019

Respectfully Submitted,

    s/James D. Benak
James D. Benak (IL SBN: 6205007)*
Counsel of Record
TETZLAFF LAW OFFICES, LLC
227 West Monroe Street, Suite 3650,
Chicago, IL, 60606
T: 312-574-1000
F: 312-574-1001
E: info@tetzlafflegal.com
*Appearing *pro hac vice*

*and*

Christopher M. Meuler (WI SBN: 1037971)
DAVIS & KUELTHAU, s.c.
111 East Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
T: 414-276-0200
F: 414-276-9369
E: cmeuler@dkattorneys.com

*Attorneys for Plaintiff, Strategic Digital Signage, LLC*