# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STRATEGIC DIGITAL SIGNAGE, LLC, an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff, | ) Case No: 18-cv-199 |
| v. | ) |
| ASHLEY HOME STORES, LTD., a Wisconsin corporation, | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Strategic Digital Signage LLC, an Illinois limited liability company, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Order entered on August 13, 2019 by the Honorable Judge William M. Conley, United States District Court for the Western District of Wisconsin [ECF No. 92] and all interlocutory orders, including the Order entered June 5, 2019 [ECF No. 81] granting Defendant's motion for summary judgment, the Order entered June 13, 2019 [ECF No. 85] and the Judgment entered June 14, 2019 [ECF No. 86].

Dated: September 12, 2019

Respectfully Submitted,

*s/James D. Benak*
James D. Benak (IL SBN: 6205007)*
Counsel of Record
227 West Monroe Street, Suite 3650
Chicago, IL, 60606
Telephone: 312-574-1000
Fax: 312-574-1001
E-mail: jbenak@tetzlafflegal.com
*Appearing *pro hac vice*

*and*

Christopher M. Meuler (WI SBN: 1037971)
DAVIS & KUELTHAU, s.c.
111 East Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
T: 414-276-0200
F: 414-276-9369
E: cmeuler@dkattorneys.com

*Attorneys for Plaintiff, Strategic Digital Signage, LLC*